

Hon. John P. Cronan
United States District Judge
January 26, 2024
Page 1

**By ECF and Email**

The Honorable John P. Cronan
United States District Judge
Southern District of New York
500 Pearl Street, Room 1320
New York, N.Y. 100007
CronanNYSDChambers@nysd.uscourts.gov

Re:   *Marciniak v. Massachusetts Institute of Technology et al.*, Civil Action No. 1:23-cv-10305

Dear Judge Cronan:

This firm represents Defendant Massachusetts Institute of Technology ("MIT") in the above-captioned matter.  Pursuant to the Court's order dated December 27, 2023 (Dkt. 22), and for the reasons set forth in MIT's pre-motion letter dated January 9, 2024 (Dkt. 36 at 1), MIT intends to move to dismiss Plaintiffs' Complaint on January 29, 2024.

Pursuant to Rule 6 of Your Honor's Individual Practices in Civil Cases, MIT and Plaintiffs jointly submit this letter to propose a briefing schedule for MIT's forthcoming motion.  MIT and Plaintiffs jointly propose that:  (i) MIT's motion to dismiss be due on January 29, 2024; (ii) Plaintiffs' opposition be due on February 26, 2024; and (iii) MIT's reply be due on March 11, 2024.

We thank the Court for its attention to this matter.

Respectfully Submitted,

/s/ *Jennifer L. Chunias*

Jennifer L. Chunias (*pro hac vice*)

cc:    Emily Unger, Esq. (*pro hac vice*)
       Marco Y. Wong, Esq.
       Counsel of Record via ECF