

Hon. John P. Cronan
United States District Judge
January 26, 2024
Page 1

**By ECF and Email**

The Honorable John P. Cronan
United States District Judge
Southern District of New York
500 Pearl Street, Room 1320
New York, N.Y. 100007
CronanNYSDChambers@nysd.uscourts.gov

Re:   *Marciniak v. Massachusetts Institute of Technology et al.*, Civil Action No. 1:23-cv-10305

Dear Judge Cronan:

This firm represents Defendant Massachusetts Institute of Technology ("MIT") in the above-captioned matter. Pursuant to the Court's order dated December 27, 2023 (Dkt. 22), and for the reasons set forth in MIT's pre-motion letter dated January 9, 2024 (Dkt. 36 at 1), MIT intends to move to dismiss Plaintiffs' Complaint on January 29, 2024.

Pursuant to Rule 6 of Your Honor's Individual Practices in Civil Cases, MIT and Plaintiffs jointly submit this letter to propose a briefing schedule for MIT's forthcoming motion. MIT and Plaintiffs jointly propose that: (i) MIT's motion to dismiss be due on January 29, 2024; (ii) Plaintiffs' opposition be due on February 26, 2024; and (iii) MIT's reply be due on March 11, 2024.

We thank the Court for its attention to this matter.

Respectfully Submitted,

/s/ *Jennifer L. Chunias*

Jennifer L. Chunias (*pro hac vice*)

cc:   Emily Unger, Esq. (*pro hac vice*)
      Marco Y. Wong, Esq.
      Counsel of Record via ECF

The request is granted.  Defendant MIT may file its Motion to Dismiss today, January 29, 2024.  Plaintiffs may file their opposition by February 26, 2024, and Defendant MIT may reply by March 11, 2024.

SO ORDERED.
January 29, 2024
New York, New York

JOHN P. CRONAN
United States District Judge