UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| DR. KAROLINA MARIA MARCINIAK-DOMINGUES GONCALVES AGRA and MR. PEDRO HENRIQUE MARCINIAK-DOMINGUES GONCALVES AGRA,<br><br>Plaintiffs,<br><br>-against-<br><br>MASSACHUSETTS INSTITUTE OF TECHNOLOGY, ROCKEFELLER UNIVERSITY, NATIONAL SCIENCE FOUNDATION (NSF)—CENTERS FOR BRAINS, MINDS & MACHINES COOPERATIVE AGREEMENT, FREDERICO AZEVEDO and WINRICH FREIWALD,<br><br>Defendants. | **NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)**<br><br>Civil Action No. 1:23-cv-10305-JPC |

**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiffs hereby give notice that (1) all claims in the Complaint and Demand for Jury Trial ("Complaint") (see ECF Doc. No. 1) are voluntarily dismissed without prejudice against Defendant National Science Foundation (NSF) – Centers For Brains Minds & Machines Cooperative Agreement ("NSF") and (2) NSF is dismissed as a Defendant from this action. Defendant NSF has not served an answer or motion to dismiss in this action.

Accordingly, dismissal of the Defendant is without prejudice and with the party bearing her, his, or its own costs and attorney's fees.

Dated: New York, New York
March 1, 2024

_____*Olivia Clancy*_____
Olivia M. Clancy, Esq.
Shegerian & Associates
90 Broad Street, Suite 804
New York, NY 10004
oclancy@shegerianlaw.com

*Counsel for Plaintiffs*