UNITED STATE DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
DR. KAROLINA MARCINIAK-DOMINGUES
GONCALVES AGRE, MR. PEDRO HENRIQUE
MARCINIAK-DOMINGUES GONCALES AGRE,

                   Plaintiffs,

Case No. 1:23-cv-10305-JPC

    -against-

MASSACHUSETTS INSTITUTE OF TECHNOLOGY, ROCKEFELLER UNIVERSITY, NATIONAL SCIENCE FOUNDATION (NSF) – CENTER FOR BRAINS MINDS AND MACHINES (CBMM) COOPERATIVE AGREEMENT, FREDERICO AZEVEDO, and WINRICH FREIWALD,

                   Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

     **PLEASE TAKE NOTICE**, that upon the accompanying Memorandum of Law, and all of the prior pleadings and proceedings in this action, Defendant Frederico Azevedo ("Dr. Azevedo"), through his undersigned counsel, will move this Court before the Honorable John P. Cronan, at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York 10007, on such a date and time as the Court may direct, for an Order pursuant to Federal Rule of Civil Procedure 12(b)(6) dismissing with prejudice all claims against Dr. Azevedo in Plaintiffs' Complaint (ECF Doc. No. 1) and granting such other and further relief as the Court deems just and proper.

     **PLEASE TAKE NOTICE** that pursuant to the Court's Order dated March 15, 2024 (ECF Doc. No. 61), Plaintiff's Opposition, if any, should be filed and served on Dr. Azevedo on or before April 22, 2024 and Dr. Azevedo's reply papers should be filed and served on Plaintiffs on or before May 6, 2024.

2

| | |
|---|---|
| Dated:  March 25, 2024 | BOND, SCHOENECK & KING, PLLC |
| | By:  /s/Louis P. DiLorenzo<br>Louis P. DiLorenzo, Esq.<br>Mallory A. Campbell, Esq.<br>*Attorneys for Defendant Frederico Azevedo*<br>600 Third Avenue, 22nd Floor<br>New York, New York  10016-1915<br>Telephone:  (646) 253-2300<br>dilorel@bsk.com |