**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

_____

|  |  |  |
|---|---|---|
| | ) | |
| DR. KAROLINA MARCINIAK-DOMINGUES | ) | |
| GONCALVES AGRA and MR. PEDRO | ) | |
| MARCINIAK-DOMINGUES GONCALVES AGRA, | ) | |
| | ) | |
| Plaintiffs, | ) | Case No. 1:23-cv-10305 (JPC) |
| v. | ) | |
| | ) | |
| MASSACHUSETTS INSTITUTE OF | ) | |
| TECHNOLOGY, *et al*., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

_____


**DECLARATION OF OLIVIA M. CLANCY, ESQ. IN SUPPORT OF PLAINTIFFS'
MEMORANDUM OF LAW IN OPPOSITION TO DEFENDANT FREDERICO
AZEVEDO'S  MOTION TO DISMISS THE COMPLAINT**

I, Olivia M. Clancy, declare as follows:

1.      I am an attorney in the law firm of Shegerian & Associates, counsel to Plaintiffs

Dr. Karolina Marciniak-Domingues Goncalves Agra and Mr. Pedro Marciniak-Domingues

Goncalves Agra ("Plaintiffs"). I respectfully submit this Declaration in opposition to Defendant

Frederico Azevedo's ("Azevedo") Motion to Dismiss the Complaint (the "Complaint" or

"Compl." (Dkt. 1)).

2.      Attached as Exhibit A is a true and correct copy of the Complaint dated and filed

on November 22, 2023.

I declare under penalty of perjury that the foregoing is true and correct.

Dated:  April 22, 2024                    Respectfully submitted,

                                          SHEGERIAN & ASSOCIATES

                                          By their attorneys,

                                           */s/ Olivia M. Clancy*

                                          Olivia M. Clancy, Esq.
                                          90 Broad Street, Ste 804
                                          New York, New York 10004
                                          Telephone:  (212) 257.8883
                                          Email:  oclancy@shegerianlaw.com

## <u>CERTIFICATE OF SERVICE</u>

I, Olivia M. Clancy, hereby certify that a copy of the foregoing Declaration in Support of Plaintiffs' Dr. Karolina Marciniak-Domingues Goncalves Agra and Mr. Pedro Marciniak-Domingues Goncalves Agra Memorandum of Law in Opposition to Defendant Frederico Azevedo's Motion to Dismiss the Complaint, filed through the CM/ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on April 22, 2024.

Dated:  April 22, 2024                                          */s/ Olivia M. Clancy*