```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
                                                                       :
DR. KAROLINA MARCINIAK-DOMINGUES                                       :
GONCALVES AGRA,                                                        :
                                                                       :
                          Plaintiff,                                   :     23 Civ. 10305 (JPC)
                                                                       :
           -v-                                                         :     ORDER
                                                                       :
MASSACHUSETTS INSTITUTE OF TECHNOLOGY,                                 :
et al.,                                                                :
                                                                       :
                          Defendants.                                  :
                                                                       :
-----------------------------------------------------------------------X
```

JOHN P. CRONAN, United States District Judge:

On October 29, 2024, Plaintiff filed an Amended Complaint. Dkt. 71. Defendant Winrich Freiwald's deadline to respond to the Amended Complaint was therefore November 12, 2024. *See* Fed. R. Civ. P. 15(a)(3). That deadline has passed, and the docket does not reflect a response to the Amended Complaint from Freiwald. Accordingly, the Court extends *sua sponte* Freiwald's deadline to respond to the Complaint until December 12, 2024. If Freiwald once again fails to respond to the Amended Complaint by his deadline to do so, Plaintiff shall seek a Certificate of Default by December 19, 2024.

SO ORDERED.

Dated: November 18, 2024
       New York, New York

                                              _____
                                              JOHN P. CRONAN
                                              United States District Judge