

Proskauer Rose LLP   Eleven Times Square   New York, NY 10036-8299

November 18, 2024

Elise M. Bloom
Member of the Firm
d +1.212.969.3410
f 212.969.2900
ebloom@proskauer.com
www.proskauer.com

**By ECF and Email**

The Honorable John P. Cronan
United States District Judge
Southern District of New York
500 Pearl Street, Rm 1320
New York, N.Y. 10007
CronanNYSDChambers@nysd.uscourts.gov

   Re: *Marciniak v. Massachusetts Institute of Technology et al.*, No. 1:23-cv-10305

Dear Judge Cronan:

We represent defendants The Rockefeller University ("RU") and Dr. Winrich Freiwald ("Dr. Freiwald") (collectively "RU Defendants") in the above-captioned matter (*"Marciniak II"*).  We write regarding the Court's order dated November 18, 2024, *sua sponte* extending the deadline for Dr. Freiwald to respond to Plaintiff's amended complaint to December 12, 2024.  We write to clarify that the letter filed by Defendant Massachusetts Institute of Technology ("MIT") requesting the extension on behalf of MIT and RU (ECF No. 72) inadvertently omitted that the extension sought until December 12, 2024, was behalf on Dr. Freiwald as well.  We apologize for any confusion.

We thank the Court for its attention to this matter.

Respectfully submitted,

*/s/ Elise M. Bloom*

Elise M. Bloom

Beijing | Boca Raton | Boston | Chicago | Hong Kong | London | Los Angeles | New Orleans | New York | Paris | São Paulo | Washington, DC

148956826v1

Case 1:23-cv-10305-JPC   Document 77   Filed 11/18/24   Page 2 of 2



The Honorable John P. Cronan
January 9, 2024
Page 2

148956826v1