# EXHIBIT B

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DR. KAROLINA MARCINIAK-DOMINGUES GONCALVES AGRA,<br><br>Plaintiffs,<br><br>-against-<br><br>MASSACHUSETTS INSTITUTE OF TECHNOLOGY, ROCKEFELLER UNIVERSITY, FREDERICO AZEVEDO and WINRICH FREIWALD,<br><br>Defendants. | No. 23-cv-10305 (JPC) |

### STIPULATION FOR DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Karolina Marciniak-Domingues Goncalves Agra and Defendants Massachusetts Institute of Technology ("MIT"), The Rockefeller University ("RU"), Federico Azevedo ("Azevedo") and Winrich Freiwald ("Freiwald"), by and through undersigned counsel (Plaintiff is Pro Se), hereby stipulate and agree as follows:

(1) This action as to Title VII claims (First and Fourth Causes of Action), NYS Human Rights Law claims (Second and Fifth Causes of Action), and NYC Human Rights Law claims (Third, Sixth) is hereby dismissed with prejudice against Defendants MIT and Azevedo, and without prejudice against Defendants RU and Freiwald.

(2) This action is hereby dismissed with prejudice as to the Eighth Cause of Action (Intentional Infliction of Emotional Distress) against all Defendants except Defendant RU. The

1

claim against Defendant RU for Intentional Infliction of Emotional Distress is dismissed without prejudice.

(3)      This action is hereby dismissed without prejudice as to the Seventh Cause of Action (Civil Battery under Adult Survivor Act) and Ninth Cause of Action (Gender-Motivated Violence).

(4) Each party shall bear her/its own attorneys' fees, costs, and expenses.

Dated:  December 6, 2024
        New York, New York

| | |
|---|---|
| Dr. Karolina Marciniak-Domingues Goncalves Agra | PROSKAUER ROSE LLP |

Dr. Karolina Marciniak-Domingues Goncalves Agra

500 E 63rd St, Apt 13F
New York, New York 10065
Tel. 646.770-2045
marciniak.kar@gmail.com

*Plaintiff Pro Se*

Elise M. Bloom
Patrick J. Lamparello
Noa M. Baddish
PROSKAUER ROSE LLP
Eleven Times Square
New York, New York 10036-8299
Tel. 212.969.3000
Fax 212.969.2900
ebloom@proskauer.com
plamparello@proskauer.com
nbaddish@proskauer.com

*Attorneys for Defendants
The Rockefeller University and
Dr. Winrich Freiwald*

BOND, SCHOENECK & KING, PLLC

Louis P. DiLorenzo
Mallory Campbell
Bond, Schoeneck & King, PLLC (NYC)
600 Third Avenue 22nd Floor
New York, NY 10016
(646) 253-2300
Fax: (646) 253-2301
Email: Dilorel@bsk.com
Email: mcampbell@bsk.com

*Attorneys for Defendant
Federico Azevedo*

3

GOODWIN PROCTER LLP

_____

Emily Unger
Jennifer Chunias
Goodwin Procter LLP
100 Northern Avenue
Boston, MA 02210
617-570-1000
Email: eunger@goodwinprocter.com
Email: jchunias@goodwinlaw.com

Marco Yu-Hin Wong
Goodwin Procter LLP
620 Eighth Avenue
New York, NY 10018
212-813-8800
Email: MarcoWong@goodwinlaw.com

*Attorneys for Defendant*
*Massachusetts Institute of Technology*