**Shegerian & Associates**

Phone: (310) 860-0770 | Fax: (310) 860-0771 | shegerianlaw.com

December 11, 2024

**Via ECF and Email**

The Honorable John P. Cronan
United States District Judge
Southern District of New York
500 Pearl Street, Rm 1320
New York, New York 10007
CronanNYSDChambers@nysd.uscourts.gov

Re: *Marciniak v. Massachusetts Institute of Technology et al.*, No. 1:23-cv-10305

Dear Judge Cronan:

We represent Plaintiff Dr. Karolina Marciniak-Domingues Goncalves Agra ("Plaintiff") in the above-captioned matter ("*Marciniak II*"). We write regarding the Court's Order dated December 4, 2024, instructing the parties to submit either an agreed-upon stipulation of dismissal of Plaintiff's claims in the Amended Complaint in this action or, if the parties were unable to agree on a stipulation of dismissal, a status letter. The parties have been unable to agree on a stipulation of dismissal therefore Plaintiff submits this status letter.

After this Court held a teleconference on December 4, 2024, Plaintiff expressed her wish to proceed pro se in this action as well as her action before Judge Andrew L. Carter, Jr. Case No. 1:22-cv-10959 ("*Marciniack I*"). On December 6, 2024, Plaintiff's counsel sought relief to withdraw as counsel for Plaintiff so she may proceed *pro se* providing her signed Notice of *Pro se* Appearance in this matter before Your Honor. Plaintiff's counsel filed the same motion in *Marciniak II* seeking withdrawal as counsel as well. (ECF 80.) Currently, Plaintiff's counsel's motion to withdraw from representation is currently pending before this Court, and Plaintiff remains steadfast in her wish to proceed *pro se* in this matter.

We thank the Court for its attention to this matter.

Respectfully submitted,

*/s/ Olivia M. Clancy*

Olivia M. Clancy