UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DR. KAROLINA MARCINIAK-DOMINGUES
GONCALVES AGRA, MR. PEDRO HENRIQUE
MARCINIAK-DOMINGUES GONCALVES AGRA,

              Plaintiffs,

      v.

MASSACHUSETTS INSTITUTE OF TECHNOLOGY,
ROCKEFELLER UNIVERSITY, NATIONAL SCIENCE
FOUNDATION (NSF) - CENTER FOR BRAINS MINDS
AND MACHINES (CBMM) COOPERATIVE
AGREEMENT, FREDERICO AZEVEDO AND WINRICH
FREIWALD,

              Defendants.

**NOTICE OF APPEARANCE**

Civil Action No.:
1:23-cv-10305 (JPC)

To the Clerk of this Court and all parties of record:

Please enter my appearance as counsel in this case on behalf of the Defendant FREDERICO AZEVEDO, in the above-captioned action.

I certify that I am admitted to practice in this Court.

Dated: New York, New York
December 17, 2024

BOND, SCHOENECK & KING, PLLC

By: /s/ Thomas Martin
Thomas Martin, Esq.
600 Third Avenue, 22nd Floor
New York, New York 10016
T: (646) 253-2311
tmartin@bsk.com

18863821.v1-12/17/24