UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------------X
:
DR. KAROLINA MARCINIAK-DOMINGUES :
GONCALVES AGRA, :
:
:
Plaintiff, :
:
-v- : 23 Civ. 10305 (JPC)
:
MASSACHUSETTS INSTITUTE OF TECHNOLOGY, : ORDER
*et al.*, :
:
Defendants. :
:
----------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

As agreed to by Plaintiff at the December 18, 2024 conference, with Defendants' agreement subsequently confirmed in a submission (or lack thereof) to the Court, *see* Dkt. 93 (consent from Rockefeller University and Winrich Freiwald); Dec. 18, 2024 Minute Entry ("If the Court does not hear from Defendants by [December 27], the Court will assume that Defendants consent to the proposed language and will promptly enter an order dismissing the case."), the instant action is dismissed with prejudice, except to the extent that the dismissal in this case would not affect any current or future claims brought in *Marciniak-Domingues Goncalves Agra v. Massachusetts Institute of Technology*, No. 22 Civ. 10959 (ALC) (S.D.N.Y.) ("*Marciniak I*"). Nothing in this Order should be construed as the undersigned taking a position as to whether Plaintiff should be permitted to add any claims or defendants in *Marciniak I*.

The Clerk of Court is respectfully directed to close this case.

SO ORDERED.

Dated: December 30, 2024
       New York, New York

_____
JOHN P. CRONAN
United States District Judge